# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:23-cr-498 |
| Plaintiff, | ) |
| | ) Judge J. Philip Calabrese |
| v. | ) |
| SHYHEIM ROBERSON, | ) |
| Defendant. | ) |

# ORDER

On the authority of *United States v. Bridges*, ___ F.4th ___, No. 24-5874, 2025 WL 2250109 (6th Cir. Aug. 7, 2025), though harboring doubts about its reasoning applying the methodology of *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022), the Court **DENIES** Defendant's motion to dismiss the indictment (ECF No. 22).

**SO ORDERED.**

Dated:  August 25, 2025

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio

1